## Miko Brothers, Inc. *v.* John Lucas

House, C. J., Loiselle, Bogdanski, Barber and MacDonald, Js.

Argued November 7—decision released November 25, 1975

*J. Roger Shull,* for the appellant (plaintiff).

No appearance for the appellee (defendant).

Per Curiam. This appeal is from a judgment dismissing the plaintiff's tort complaint. The judgment is dated January 3, 1974. The record discloses that the defendant died, and his death was suggested on the record, April 16, 1973. No administrator or executor has been substituted for the deceased defendant pursuant to the provisions of § 52-599 of the General Statutes. The appeal accordingly is dismissed on the authority of *Boucher Agency, Inc.* v. *Zimmer,* 160 Conn. 404, 407, 279 A.2d 540, and *Barton* v. *New Haven,* 74 Conn. 729, 730, 52 A. 403.

The appeal is dismissed.